■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN F. FORSTER, Appellant. [15 NYS3d 893]—Appeal by the defendant, as limited by his motion, from a resentence of the County Court, Dutchess County (Greller, J.), imposed on May 22, 2014, on the ground that the resentence was excessive.

Ordered that the resentence is affirmed.

The resentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80, 86-87 [1982]). Eng, P.J., Mastro, Sgroi, Miller and Barros, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESSE HERRING, Also Known as JESSE COOPER, Appellant. [15 NYS3d 895]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Dutchess County (Forman, J.), imposed July 15, 2014, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Balkin, Dickerson, Chambers and Duffy, JJ., concur.